UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 9 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LAWRENCE D. COLLINS,

Defendant-Appellant.

No. 19-30042
19-30185

D.C. No. 3:16-cr-00352-HZ-2
District of Oregon,
Portland

ORDER

Appellant's motion for voluntary dismissal of these consolidated appeals (Docket Entry No. 27) is granted. These appeals are dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

All other pending motions are denied as moot.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alex Hammond
Deputy Clerk
Ninth Circuit Rule 27-7

AH/Pro Mo